<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7488**

_____

GREGORY D. FLEMING,

                                        Petitioner - Appellant,

        versus

COMMONWEALTH OF VIRGINIA,

                                        Respondent - Appellee.

_____

**No. 03-7698**

_____

GREGORY D. FLEMING,

                                        Petitioner - Appellant,

        versus

COMMONWEALTH OF VIRGINIA,

                                        Respondent - Appellee.

_____

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  David G. Lowe, Magistrate
Judge.  (CA-02-925-3; CA-02-774)

_____

Submitted:  March 11, 2004          Decided:  March 17, 2004

_____

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

---

Gregory D. Fleming, Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Gregory D. Fleming, a state prisoner, seeks to appeal the magistrate judge's orders denying relief on his petitions filed under 28 U.S.C. § 2254 (2000).[*] The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record in each case and conclude that Fleming has not made the requisite showing. Accordingly, we deny leave to proceed in forma pauperis in No. 03-7698, deny a certificate of appealability, and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*]The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (2000).